DANIEL G. BOGDEN
United States Attorney
ROBERT A. BORK
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | 2:09-cr-086-JCM-PAL |
| ) | |
| vs ) | MOTION TO VACATE |
| ) | SENTENCING HEARING |
| JOSE LUIS MURO-LERMA ) | AND ORDER |
| ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, and files this Motion to Vacate Sentencing Hearing scheduled for November 19, 2010 at 11:00 a.m.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Government counsel has been informed by Immigration and Customs Enforcement(ICE) agents that defendant JOSE LUIS MURO-LERMA has been removed to Mexico and therefore is unavailable for sentencing.

DATED this __18th__ day of November, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Robert A. Bork

ROBERT A. BORK
Assistant United States Attorney

IT IS HEREBY ORDERED THE SENTENCING HEARING IS VACATED.

November 19, 2010
DATED

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE