CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-86-JCM-DJA |
| Plaintiff, | **Motion to Dismiss the Indictment** |
| v. | |
| JOSE LUIS MURO-LERMA, | |
| Defendant. | |

On March 4, 2009, a federal grand jury returned an Indictment charging defendant Jose Luis Muro-Lerma, with one count of Deported Alien Found Unlawfully in the United States, in violation of 18 U.S.C. § 1326. (ECF 1.) Muro pled guilty on July 8, 2010 (ECF 46), however, he was removed from the country before his sentencing (ECF 51). More than 10 years later, the Government is not aware of any evidence indicating that Muro has returned to the United States since his 2010 removal.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now requests permission of the Court to dismiss the Indictment as to Defendant Muro-Lerma.

Respectfully submitted this 7th day of May, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/* Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

JOSE LUIS MURO-LERMA,

       Defendant.

Case No. 2:09-cr-86-JCM-DJA

**Order Granting
Motion to Dismiss the Indictment**

    Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Jose Luis Muro-Lerma.

                             CHRISTOPHER CHIOU
                             Acting United States Attorney

                             *s/*Richard Anthony Lopez
                             RICHARD ANTHONY LOPEZ
                             Assistant United States Attorney

    Leave of Court is granted for the filing of the above dismissal.

    DATED May 10, 2021.

                             _____
                         HONORABLE JAMES C. MAHAN
                         UNITED STATES DISTRICT JUDGE